ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Oct. 25, 2010  
START: 2:00 p.m.  
END: 3:20 pm

DOCKET NO: 10-CV-3564 (ILG)

CASE: Didia v. Portfolio Recovery Associates, LLC, et al.

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
✓ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Ana Alba

FOR DEFENDANT: Thomas Dominczyk

___ DISCOVERY TO BE COMPLETED BY _____
___ NEXT _____ CONFERENCE SCHEDULED FOR _____
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Counsel agree on the record to accept the Court's proposal that the issue of fees and costs be resolved for $2,600 (in addition to the Rule 28 offer of judgment previously accepted).

A stipulation of discontinuance shall be filed by 11/15/10.