## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND DIDIA, <br><br>       Plaintiff, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC AND CATHERINE M. HEDGEMAN, <br><br>       Defendant. | Civil Action No.: 10-CV-3564-ILG-RLM |

## STIPULATION OF SETTLEMENT

It is hereby stipulated and agreed by Plaintiff and Defendants, that the within matter has been settled.  Upon the completion of the parties' respective duties under the terms of settlement, the parties will file a Stipulation of Dismissal with prejudice and without costs.

Alba Law, P.C.

Attorneys for Plaintiff

Maurice & Needleman, P.C.

Attorneys for Defendants


/s/ Ana B. Alba

Ana B. Alba, Esq.

110 Wall Street

11th Floor

New York, NY 10005

(212) 859-5080

aalba@albalaw.net

Dated: November 9, 2010

/s/ Thomas R. Dominczyk

Thomas R. Dominczyk, Esq.

5 Walter E. Foran Blvd.

Suite 2007

Flemington, NJ 08822

(908) 237-4550

trd@mnlawpc.com

Dated: November 8, 2010


And now, this _____ day of _____, the above Stipulation is approved:


_____