UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND DIDIA,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC AND CATHERINE M. HEDGEMAN,<br><br>Defendant. | Civil Action No.: 10-CV-3564-ILG-RLM<br><br>FILED<br>IN CLERK'S OFFICE<br>DISTRICT COURT E.D.N.Y<br><br>NOV 1 2 2010 ★<br><br>BROOKLYN OFFICE |

## STIPULATION OF SETTLEMENT

It is hereby stipulated and agreed by Plaintiff and Defendants, that the within matter has been settled. Upon the completion of the parties' respective duties under the terms of settlement, the parties will file a Stipulation of Dismissal with prejudice and without costs.

| | |
|---|---|
| Alba Law, P.C.<br>Attorneys for Plaintiff | Maurice & Needleman, P.C.<br>Attorneys for Defendants |
| /s/ Ana B. Alba<br>Ana B. Alba, Esq.<br>110 Wall Street<br>11th Floor<br>New York, NY 10005<br>(212) 859-5080<br>aalba@albalaw.net<br>Dated: November 9, 2010 | /s/ Thomas R. Dominczyk<br>Thomas R. Dominczyk, Esq.<br>5 Walter E. Foran Blvd.<br>Suite 2007<br>Flemington, NJ 08822<br>(908) 237-4550<br>trd@mnlawpc.com<br>Dated: November 8, 2010 |

And now, this  12th  day of  Nov , the above Stipulation is approved:

S/ILG