UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAYMOND DIDIA,

        Plaintiff,

   -against-

PORTFOLIO RECOVERY ASSOCIATES, LLC
and CATHERINE M. HEDGEMAN,

        Defendants.
------------------------------------------------------------X

10-CV-03564 (ILG) (RLM)

**JOINT STIPUATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff and Defendants, pursuant to FED. R. CIV. P. 41, that the within matter is dismissed with prejudice and without costs.

Dated: December 9, 2010

| | |
|---|---|
| ALBA LAW, P.C. | MAURICE & NEEDLEMAN, P.C. |
| /s/ Ana B. Alba | /s/ Thomas R. Dominczyk |
| Ana B. Alba, Esq. | Thomas R. Dominczyk, Esq. |
| 110 Wall Street, 11th Floor | 5 Walter E. Foran Blvd., Suite 2007 |
| New York, NY 10005-3817 | Flemington, NJ 08822 |
| Tel.: (212) 859-5080 | Tel.: (908) 237-4550 |
| E-mail: AAlba@albalaw.net | E-mail: trd@mnlawpc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Raymond Didia* | *Portfolio Recovery Associates, LLC and Catherine M. Hedgeman* |

And now, this _____ day of _____, the above Stipulation is approved:

_____